# United States District Court

WESTERN DISTRICT OF WASHINGTON

LANA MASSA,

        Petitioner,

        v.

R. W. BUZZARD,

        Respondent,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5556FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Petitioner's petition for writ of habeas corpus [Dkt. # 1] is **DISMISSED**.

November 3, 2009

        BRUCE RIFKIN
        Clerk

        /s/  Pat LeFrois
        Deputy Clerk